```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
VIDERI, INC.,                                                    :
                                                                 :
                                        Plaintiff,               :   1:23-cv-2535-GHW
                                                                 :
                        -v -                                     :   ORDER
                                                                 :
ONAWHIM (OAW) INC.,                                              :
                                                                 :
                                        Defendant.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2023

GREGORY H. WOODS, United States District Judge:

For the reasons stated during the teleconference held on June 14, 2023, the parties are directed to file a joint status letter proposing a briefing schedule for Defendant's anticipated motion to dismiss once the mediation proceeding before the designated magistrate judge is scheduled. Discovery is stayed in this matter pending briefing and resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Dated:  June 14, 2023
        New York, New York

_____
GREGORY H. WOODS
United States District Judge